NORBERT HARTLEY, Appellant, v. CORTEZ H. JENNINGS and Others, Impleaded with HARTLEY SILK COMPANY, INC., Respondent.— Order affirmed with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABIGAIL H. BISHOP, Respondent, v. JAMES C. BISHOP, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, on the ground that the order is not appealable under section 2058 of the Code of Civil Procedure. (See *People ex rel. Duryee* v. *Duryee*, 188 N. Y. 440.) Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MORRIS J. HIRSCH v. LOUIS KAPLAN.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FELIX DE LUCCA v. HARVEY T. ANDREWS and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

GEORGE COLON & COMPANY, Respondent, v. EMMA C. SMITH, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOHN ZELBRUN, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, as against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

LEON SEREDYNSKI, Appellant, v. ELIZABETH GIMBELINA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

EUGENE LAMB RICHARDS, as Trustee in Bankruptcy of SAUL OLINER and Another, Individually and as Copartners, etc., Respondent, v. ÆTNA ACCIDENT AND LIABILITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ROBERT MACDONALD and Another, Appellants, v. AUGUST C. STREITWOLF, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of SEVENTH AVENUE-LEXINGTON AVENUE LINE.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FRANKLIN Q. BROWN and Others, Appellants, v. LIONELLO PERERA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ALFRED MIESTO, Respondent, v. COMMERCIAL UNION ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Appellant.— Judgment and order reversed as against the weight of evidence and new trial ordered, costs to appellant to abide event. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Shearn, J., dissented.